UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80061-CR-CANNON/REINHART

8 U.S.C. §§ 1326(a) & (b)(1)

FILED BY _____ D.C.
APR 21 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA

vs.

JUAN MARTIN RUIZ-FUENTES,
    a/k/a Juan Ruiz,

                Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about February 4, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUAN MARTIN RUIZ-FUENTES,**
a/k/a Juan Ruiz,

an alien, having been previously removed and deported from the United States on or about November 2, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3) and 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-80061-CR CANNON / REINHART

v.

JUAN MARTIN RUIZ-FUENTES,
   a/k/a Juan Ruiz,
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
List language and/or dialect: **Spanish**

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
    (Check only one)
    - I ☑ 0 to 5 days
    - II ☐ 6 to 10 days
    - III ☐ 11 to 20 days
    - IV ☐ 21 to 60 days
    - V ☐ 61 days and over

    (Check only one)
    - ☐ Petty
    - ☐ Minor
    - ☐ Misdemeanor
    - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
If yes, Judge     Case No.

7. Has a complaint been filed in this matter? (Yes or No) **No**
If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
If yes, Judge     Case No.

9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the     District of
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: *Rinku Tribuiani*
RINKU TRIBUIANI
Assistant United States Attorney
FLA Bar No.    0150990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JUAN MARTIN RUIZ-FUENTES a/k/a Juan Ruiz

Case No: 22-80061-CR-CANNON/REINHART

Count #1 :

  Illegal re-entry after removal

  Title 8 U.S.C. §§ 1326(a) and (b)(1)

* **Max.Penalty**: 10 years' imprisonment; 3 years' supervised release; $250,000 fine, $100 special assessment