UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80061-CR-CANNON

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**JUAN MARTIN RUIZ-FUENTES,**

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING

**THIS MATTER** comes before the Court upon Defendant's Unopposed Motion to Continue Sentencing [ECF No. 10]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's change of plea and sentencing hearing is hereby reset for 10:00 a.m. on Friday, June 17, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of May 2022.

                                                           AILEEN M. CANNON
                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record